| | |
|---|---|
| 1 | RON E. SHULMAN, State Bar No. 178263 |
| | rshulman@wsgr.com |
| 2 | TERRY KEARNEY, State Bar No. 160054 |
| | tkearney@wsgr.com |
| 3 | JULIE M. HOLLOWAY, State Bar No. 196942 |
| | jholloway@wsgr.com |
| 4 | S. MICHAEL SONG State Bar No. 198656 |
| | msong@wsgr.com |
| 5 | TUNG-ON KONG, State Bar No. 205871 |
| | tkong@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI PC |
| | Professional Corporation |
| 7 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 8 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 9 | |
| | M. CRAIG TYLER, *Pro Hac Vice* |
| 10 | ctyler@wsgr.com |
| | WILSON SONSINI GOODRICH & ROSATI PC |
| 11 | Professional Corporation |
| | 900 South Capital of Texas Highway |
| 12 | Las Cimas IV, Fifth Floor |
| | Austin, Texas 78746-5546 |
| 13 | Telephone: (512) 338.5400 |
| | Facsimile: (512) 338.5499 |
| 14 | |
| | Attorneys for Defendant |
| 15 | NUANCE COMMUNICATIONS, INC. |

16      UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA

18      SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 19 | IMAGE RECOGNITION INTEGRATED SYSTEMS, INC., | ) Case No.: CV-08-04942 JSW |
| 20 | | ) [PROPOSED] ORDER GRANTING |
| | Plaintiff, | ) WITHDRAWAL OF ATTORNEY |
| 21 | | ) |
| | v. | ) |
| 22 | | ) |
| | NUANCE COMMUNICATIONS, INC., | ) |
| 23 | | ) |
| 24 | Defendant. | ) |
| 25 | | ) |

[PROPOSED] ORDER
CASE NO.: CV 08-04942 JSW

1

1
2     IT IS HEREBY ORDERED THAT the withdrawal of Jeffrey M. Ernst, Michael S. D'Orsi
3 and Jill Brenner Meixel is granted in accordance with the terms and conditions of Civil Local Rule
4 11-5.
5
6 DATED:   February 13, 2009
7
8                               UNITED STATES DISTRICT JUDGE
9                               JEFFREY S. WHITE

[PROPOSED] ORDER
CASE NO.: CV 08-04942 JSW

2