RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
TERRY KEARNEY, State Bar No. 160054
tkearney@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338.5400
Facsimile: (512) 338.5499

Attorneys for Defendant
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMAGE RECOGNITION INTEGRATED SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NUANCE COMMUNICATIONS, INC., <br><br> Defendant. | Case No.: CV-08-04942 JSW <br><br> **[PROPOSED] ORDER GRANTING WITHDRAWAL OF ATTORNEY** |

[PROPOSED] ORDER
CASE NO.: CV 08-04942 JSW

1

1
2    IT IS HEREBY ORDERED THAT the withdrawal of Jeffrey M. Ernst, Michael S. D'Orsi
3 and Jill Brenner Meixel is granted in accordance with the terms and conditions of Civil Local Rule
4 11-5.
5
6 DATED: February 13, 2009 _____
7
8    _____
     UNITED STATES DISTRICT JUDGE
9    JEFFREY S. WHITE