Salvatore Picariello, Esq. (State Bar No. 190442)
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500
Fax: 949.863.0151
picariellos@pepperlaw.com

Ilara Maggioni, Esq. (*Pro hac vice* Pending)
Robert M. Kunstadt, Esq. (*Pro hac vice* Pending)
875 Sixth Avenue, Suite 1800
New York, New York 10001
Telephone: 212.398.8881
Fax: 212.398.2922
mail@rkunstadtpc.com

Attorneys for Plaintiff IMAGE RECOGNITION
INTEGRATED SYSTEMS, INC. d/b/a I.R.I.S.
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGE RECOGNITION INTEGRATED SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> NUANCE COMMUNICATIONS INC., <br><br> Defendant. | Case No. C 08-04942-JSW <br><br> Honorable: Jeffrey S. White <br> Ctrm. 2 <br><br> **[PROPOSED] ORDER GRANTING SUBSTITUTION AND CHANGE IN COUNSEL** |

[PROPOSED] ORDER
CASE NO.: CV 08-04942 JSW

1　　　　IT IS HEREBY ORDERED THAT Salvatore Picariello, Esq, of Pepper
2　Hamilton LLP be substituted as counsel of record for Image Recognition Integrated
3　Systems, Inc. d/b/a I.R.I.S. INC. ("Plaintiff") in place of Michael L. Meeks, Esq.
4　and Merton E. Thompson, Esq., Diane A.D. Noel, Esq. and the firm Burns &
5　Levinson.

7　DATED: February 17, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE

[PROPOSED] ORDER
CASE NO.: CV 08-04942 JSW

2

#10577252 v1