UNITED STATES DISTRICT COURT

Northern District of California

IMAGE RECOGNITION INTEGRATION
SYSTEMS, INC.,

              Plaintiff(s),

  v.

NUANCE COMMUNICATIONS, INC.,

              Defendant(s).
                                                /

No. C 08-04942 JSW (MEJ)
Consolidated with C 08-4227 JSW (MEJ)

**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION**

The Court is in receipt of the parties' letters regarding phasing of discovery and the inability to meet and confer. Upon review of the letters, the Court hereby ORDERS the parties to meet and confer, in person, on June 23, 2009 at 9:30 a.m. in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order, and said letter shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are ORDERED to bring with them one laptop and an auxiliary storage medium, such as a USB port thumb drive, to use in drafting said letter. The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

However, if the parties are able to meet and confer in person and resolve their disputes or file any necessary joint meet and confer letters prior to the meet and confer session, the parties shall jointly request that the Court vacate the date.

**IT IS SO ORDERED.**

Dated: June 9, 2009

                                                              
Maria-Elena James
United States Magistrate Judge